LANCE R. CLARK, OSB # 032894
Email: lancerclarkpdx@gmail.com
8 N. State Street #301
Lake Oswego, OR 97034
Phone: (503) 284-6899; Fax (503) 200-1087
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JOHNNIE LEE T., <br><br> Plaintiff, <br><br> v. <br><br> Commissioner, Social Security Administration, <br><br> Defendant. | Case No.: 3:18-cv-02180-SU <br><br> ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES UNDER 28 U.S.C. § 2412 |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,775.06 will be awarded to Plaintiff in care of his attorney pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, payable after the satisfaction of Plaintiff's debts, if any, under Astrue v. Ratliff, 560 U.S. 586 (2010), to Plaintiff and mailed to his attorney, Lance R. Clark, at his address: 8 N. State St. #301, Lake Oswego, OR 97034. There are no costs or expenses.

Dated this 23rd day of June 2020.

/s/ Patricia Sullivan
United States Magistrate Judge